## STATEMENT OF FACTS

On March 15, 2025, at approximately 12:45 pm, in the vicinity of 1820 7th Street NW, Metropolitan Police Department Officers observed a white Chevrolet bearing DC tags JF5950 traveling Northbound on 7th St. NW, Washington, D.C. The Chevrolet then made a U-turn over double yellow lines in the 1900 block of 7th St. NW, Washington, D.C. Moments after, Officers conducted a traffic stop of the vehicle in front of 1820 7th St. NW, Washington, D.C.

Officers made contact with the driver of the vehicle and informed her of the infraction. As officers approached the occupants of the vehicle, they immediately noticed clear plastic cups with yellow liquid. Officers also noticed an open 1.75L bottle of Lunazul Tequila that was more than half full of a yellow liquid. The bottle was in plain view on the floor behind the driver's seat. Upon observing the open containers of alcohol and the smell of alcohol coming from inside the vehicle, Officers ordered all occupants to exit the vehicle, including Trevon **VINES** who was seated in the front passenger's seat while holding a clear cup with yellow liquid. All occupants exited the vehicle.

While  attempted to place **VINES** in handcuffs, officers felt what they immediately recognized to be a handgun on **VINES'** person. **VINES** then began assaulting officers and grabbed one officer by the police vest and began to try and forcibly move the officer. **VINES** continuously reached toward his firearm as officers were attempting to place him in handcuffs and refused to obey their commands. Officers retrieved a firearm from **VINES'** front left jacket pocket.

The recovered firearm was identified as a Glock 43 9mm handgun with a serial number AHBD039. The firearm was loaded with one round in the chamber, rendering it ready to fire and an additional five rounds in a six round capacity magazine. Officers ran the serial number of the firearm through a law enforcement database and the firearm came back reported stolen from a gun dealer in White Plains, Maryland in November 2024.

**VINES**' identity was confirmed DOB: 10/15/1994, through a Wales/NCIC check. **VINES** was previously convicted in 2016 under 2015-CF3-014217 – Attempt to Commit Robbery (sentenced to 10 months YRA and one year supervised release), and in 2017 under 2015-CMD-002482 – Armed Robbery (sentenced to 72 months and five years supervised release). Accordingly, **VINES** would have been aware that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year at the time he was possessing this firearm and ammunition. Officers determined that **VINES** did not have a license to carry or own a gun in Washington D.C.

There are no firearms or ammunition distributors in the District of Columbia and therefore the recovered firearm and ammunition travelled in and affected interstate commerce.

      As such, your affiant submits that probable cause exists to charge Trevon Vines with violation of 18 U.S.C. 922(g)(1) **(Unlawful Possession of Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year).**

_____
Officer, Stephen Riley
Metropolitan Police Department

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1. by telephone, this 19th day of March 2025.

_____
Zia M. Faruqui
U.S. Magistrate Judge